JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1 through 50, inclusive,<br><br>    Defendant. | **CASE NO. CV 08-8421-VBF(CWx)**<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.Civ.P 41(a)(l)(ii)** |

GOOD CAUSE HAVING BEEN SHOWN, the Court orders as follows: Defendant CITY OF LOS ANGELES, is hereby dismissed from the entire action, with prejudice, each party to bear their own costs.

**IT IS SO ORDERED.**

Dated: August 24, 2009          _____
*Honorable Valerie Baker Fairbank*
United States District Court Judge

1